

2 Milford Close, White Plains, New York  10606
(917) 696-3430 | brianbrick@bricklawpllc.com

August 17, 2022

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:  *Sticky Fingers Restaurants, LLC v. Sticky's Holdings, LLC*,
          Case No. 22 Civ. 5606 (JPC) (S.D.N.Y.)

Dear Judge Cronan:

    We represent Defendant Sticky's Holdings LLC and write to request a rescheduling of the initial pre-trial conference currently scheduled for September 27, 2022 at 1:00 p.m.  Counsel for Plaintiff has consented to our request.

    September 27, 2022 is the second day of Rosh Hashana, the Jewish new year, which Defendant's counsel observes.  Respectfully, we ask the Court to avoid September 26 and 27 and October 4, 2022 (which is Yom Kippur).  There have been no previous applications for such an adjournment or rescheduling.  We thank the Court's attention to this request.

    Respectfully,

    /s/   Brian H. Brick
    Brian H. Brick

cc:    All Counsel of Record (via ECF)

Defendant's unopposed request is granted.  The Initial Pretrial Conference ("IPTC") currently scheduled for September 27, 2022 is adjourned to September 28, 2022, at 1:00 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The parties shall submit the pre-IPTC joint letter and the proposed case management plan and scheduling order, *see* Dkt. 14 at 1-2, by September 21, 2022.

SO ORDERED.

Date:   August 17, 2022
          New York, New York

JOHN P. CRONAN
United States District Judge