```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
STICKY FINGERS RESTAURANTS, LLC,

                  Plaintiff,

v.

STICKY'S HOLDINGS, LLC,

                  Defendant.
---------------------------------------------------------------- x

Case No. 22-cv-5606 (JPC) (JLC)

**STIPULATION OF ATTORNEY SUBSTITUTION AND NOTICE OF WITHDRAWAL OF APPEARANCE OF TARTER KRINSKY & DROGIN LLP AS <u>COUNSEL FOR PLAINTIFF</u>**

IT IS HEREBY STIPULATED AND AGREED that The Law Offices of Neal Brickman, P.C. (Laura-Michelle Horgan, Esq.) be substituted as attorney of record for plaintiff Sticky Fingers Restaurants, LLC in the above-captioned matter, in place of Tarter Krinsky & Drogin, LLP (David H. Wander, Esq., Nels T. Lippert, Esq., Janet B. Linn., Esq., and Jessica M. Russo, Esq.). The undersigned hereby also request the withdrawal of appearance of David H. Wander, Esq., Nels T. Lippert, Esq., Janet B. Linn, Esq., and Jessica M. Russo, Esq.

Withdrawing Attorneys:

**Tarter Krinsky & Drogin LLP**

By: *David H. Wander*
    David H. Wander
    Nels T. Lippert
    Janet B. Linn
    Jessica M. Russo
    1350 Broadway
    New York, NY 10018
    Tel: (212) 216-8000

Dated: December 19, 2023

Superseding Attorneys:

**The Law Offices of Neal Brickman, P.C.**

By: _____
    Laura-Michelle Horgan
    420 Lexington Avenue, Suite 2811
    New York, NY 10170
    Tel: (212) 986-6840

Dated: December 20, 2023

AGREED TO AND ACCEPTED BY PLAINTIFF
STICKY FINGERS RESTAURANTS, LLC:

By: _____
Name: Alex Daunter on Behalf of Sticky Fingers Restaurants, LLC
Title: Chief Executive Officer
Date: December 19, 2023

**SO ORDERED.**

Dated: December 21, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge