UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

STICKY FINGERS RESTAURANTS, LLC

                Plaintiff,           Case No. 22-cv-5606 (JPC)(JLC)

    -against-

STICKY'S HOLDINGS, LLC

               Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Laura-Michelle Horgan, Esq.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LR7799    My State Bar Number is: 4128153

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: The Law Offices of Neal Brickman, P.C.
                FIRM ADDRESS: 420 Lexington Avenue, Suite 2811, NY, NY 10170
                FIRM TELEPHONE NUMBER: (212) 986-6840
                FIRM FAX NUMBER: (212) 986-7691

NEW FIRM:    FIRM NAME: LEECH TISHMAN ROBINSON BROG, PLLC
                FIRM ADDRESS: 875 Third Avenue, New York, NY 10022
                FIRM TELEPHONE NUMBER: (212) 603-6300
                FIRM FAX NUMBER: (212) 956-2164

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/2/24                          //:Laura-MIchelle Horgan, Esq.://
                                                    ATTORNEY'S SIGNATURE