```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
STICKY FINGERS RESTAURANTS, LLC,                                       :
                                                                       :
                        Plaintiff,                                     :
                                                                       :          22 Civ. 5606 (JPC)
        -v-                                                            :
                                                                       :          ORDER
STICKY'S HOLDINGS, LLC,                                                :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 25, 2024, the Court ordered the parties "to report to the Court the status of the bankruptcy proceeding no later than July 25, 2024, and every 90 days thereafter until it has been resolved." Dkt. 91. As acknowledged in the parties' letter on July 25, Dkt. 95, the parties were required to provide another update to the Court on October 23, 2024. The docket does not reflect that any such update has been filed. The Court *sua sponte* extends the deadline to file the update to October 31, 2024. All future deadlines remain the same: every 90 days after July 25, 2024.

SO ORDERED.

Dated: October 24, 2024
       New York, New York
                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge